SAMUEL B. SCHWEITZER, Respondent, *v.* MAX MINDLIN,
Appellant.

*Pleading — negligence — motor vehicles — complaint alleging negligence
in driving plaintiff past an arsenal where explosives were stored as a
result of which he was injured by an explosion therein does not state
cause of action.*

*Schweitzer v. Mindlin,* 222 App. Div. 738, reversed.

(Argued April 30, 1928; decided May 11, 1928.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 23, 1927, which affirmed an
order of Special Term denying a motion for a dismissal
of the complaint in an action to recover for personal
injuries alleged to have been sustained by plaintiff through
the negligence of defendant. The complaint alleged that
while plaintiff was riding as a passenger in defendant's
automobile, the car was negligently driven past an arsenal
where explosives were stored and plaintiff was injured by
an explosion which occurred in said arsenal.

The following question was certified: " Does the com-
plaint herein state facts sufficient to constitute a cause of
action? "

*Lyman A. Spalding, Arthur McCausland* and *William
J. Nolan* for appellant.

*George Eilperin* and *Habeeb Abokair* for respondent.

Order of Appellate Division and that of Special Term
reversed and defendant's motion for judgment granted,
with costs in all courts. Question certified answered in

the negative. Held, that the complaint does not state facts sufficient to constitute a cause of action in that it fails to state any facts from which an inference of negligence is possible.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.